

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2007

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

SEP -4 2007

Re:  United States v. Maikel Soto
     07 Cr. 534 (SAS)

Dear Judge Scheindlin:

The Government writes to respectfully request, on behalf of both parties, and as discussed with Your Honor's deputy, that the next conference in the above-referenced matter be re-scheduled from September 5, 2007 to the week of October 8, 2007.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 5 and the conference date chosen by the Court. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. If, as anticipated, the parties reach agreement on a disposition, we will schedule a plea before the sitting Magistrate Judge and inform the Court. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten: Request granted, conference adjourned to Oct 3 at 11:30 a.m. and time excluded until that date]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:  Steven Statzinger, Esq. (By facsimile)

*[Handwritten: So Ordered, [signature], USDJ 9/04/07]*