

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

October 2, 2007

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007



RECEIVED
CHAMBERS OF
OCT - 2 2007
JUDGE SCHEINDLIN

Re: United States v. Maikel Soto
 07 Cr. 534 (SAS)

Dear Judge Scheindlin:

The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from October 3, 2007 to a date convenient for the Court during the last week in October, 2007, if possible.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between October 3, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The parties are hopeful that they may have a resolution by that time. The Government makes this request with the consent of counsel for the defendant.

*The parties' request is hereby granted. The conference provisionally scheduled for October 3, 2007 at 11:30am is adjourned to October 29, 2007, at 4:00 pm. Time is excluded under the Speedy Trial Act until the date of the conference. SO ORDERED.*
*Date: 10/3/07*
*Shira A. Scheindlin, USDJ*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Steve Statzinger, Esq. (By facsimile)