

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2007

RECEIVED
CHAMBERS OF
OCT 2 5 2007
JUDGE SCHEINDLIN

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

Re: United States v. Maikel Soto
    07 Cr. 534 (SAS)

Dear Judge Scheindlin:

The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from October 29, 2007 to a date convenient for the Court during the last week in November, 2007, if possible.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between October 29, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The parties are hopeful that they may have a resolution by that time. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    Eugene Ingoglia
    Assistant United States Attorney
    (212) 637-1113

cc: Steve Statsinger, Esq. (By facsimile)

*The Government's request is granted. The conference previously scheduled for Oct. 29, 2007 is adjourned to Nov. 28, 2007 at 4:30 p.m. Time is excluded for purposes of the Speedy Trial Act.*

*SO ORDERED.*

Date: Oct. 25, 2007

Shira A. Scheindlin, USDJ

TOTAL P.02