

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

November 26, 2007



RECEIVED
CHAMBERS OF
NOV 2 6 2007
JUDGE SCHEINDLIN

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Maikel Soto
             07 Cr. 534 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from November 28, 2007 to a date convenient for the Court during the second or third week of December, 2007, if possible.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between November 28, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and anticipate a plea before the new date. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Steve Statsinger, Esq. (By facsimile)

*[Handwritten annotation:] Request granted. Conference adjourned to December 12 at 2:30 only. Time excluded. So Ordered. [signature] USDJ 11/26/07*