

**U.S. Department of Justice**

United States Attorney
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2007



RECEIVED
CHAMBERS

DEC 11 2007

JUDGE

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Maikel Soto
            07 Cr. 534 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from December 12, 2007 to a date convenient for the Court during the second or third week of January, 2008, if possible.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 12, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial – these discussions have been fruitful, and the parties now anticipate a plea before the new date. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Steve Statsinger, Esq. (By facsimile)

*[Handwritten endorsement:]* Request granted. Conference adjourned to January 18, 2008 at 4:30 p.m. Time to be excluded. So Ordered. [signature] USDJ 12/11/07

TOTAL P.04