# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

March 3, 2008

**BY HAND DELIVERY**

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Maikel Soto**
          **No. 07 Cr. 534 (SAS)**
          **Request for Adjournment, on Consent**

Dear Judge Scheindlin:

    I am writing to respectfully request that the control date for Mr. Soto's guilty plea, currently scheduled for March 3, 2008, be adjourned until March 31, 2008. The parties have not yet completed their plea negotiations in this case.

    I have spoken with Assistant United States Attorney Eugene Ingoglia, who consents to this request. In addition, the defense requests that the Court exclude time under the Speedy Trial Act until the adjourned date.

*[Handwritten: Request granted. Conference adjourned to March 31, 2008 at 4:30pm and time excluded. So Ordered.]*

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Eugene Ingoglia

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/4/08]*

*[Signature dated 3/4/08]*