

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2008

```
RECEIVED
CHAMBERS OF
MAR 3 1 2008
JUDGE SCHEINDLIN
```

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Maikel Soto</u>
           07 Cr. 534 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, after speaking with Your Honor's deputy, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from March 31, 2008, to April 22, 2008, at 4:30 p.m.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 12, 2007 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

                                  Very truly yours,

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                By:    _____
                          Eugene Ingoglia
                          Assistant United States Attorney
                          (212) 637-1113

cc:   Steve Statsinger, Esq. (By facsimile)

*The Government's request is granted. The conference previously scheduled for March 31, 2008 is adjourned to April 22, 2008, at 4:30 p.m. Time is to be excluded for purposes of the Speedy Trial Act.*

*SO ORDERED:*

*Date: March 31, 2008*

*Shira A. Scheindlin, USDJ*

TOTAL P.01