United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

April 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

RECEIVED
CHAMBERS OF
APR 21 2008
JUDGE SCHEINDLIN

**By Facsimile (212-805-7920)**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

Re:   United States v. Maikel Soto
      07 Cr. 534 (SAS)

Dear Judge Scheindlin:

The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from April 22, 2008, to a date convenient for the Court after May 5, 2008.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 22, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Steve Statsinger, Esq. (By facsimile)

*[Handwritten annotation:]* Request Granted. The Conference scheduled for April 22, 2008 is adjourned to May 8, 2008 at 3 p.m. and time is excluded for purposes of the Speedy Trial Act.

So Ordered.
[signature]
U.S.D.J.
April 21, 2008

TOTAL P.01