

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/08
```

May 7, 2008

**By Facsimile (212-805-7920)**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    United States v. Maikel Soto
            07 Cr. 534 (SAS)

Dear Judge Scheindlin:

        The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from May 8, 2008, to a date convenient for the Court after May 22, 2008.

        The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 5, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*Request granted.*
*Conference adjourned to*
*May 27 at 12 noon*
*and time excluded*
*for May 5 to May 27.*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:  Steve Statsinger, Esq. (By facsimile)

*So Ordered:*
*[signature]*
*USDJ*
*5/7/08*