

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*



RECEIVED
CHAMBERS OF

MAY 2 7 2008

JUDGE SCHEINDLIN

May 24, 2008

**By Facsimile (212-805-7920)**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

    Re:   United States v. Maikel Soto
            07 Cr. 534 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from May 27, 2008, to a date convenient for the Court after June 16, 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 27, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten: The Government's request is granted. The conference scheduled for May 27, 2008 is adjourned to June 17, 2008, at 3:30 p.m. Time between today and June 17, 2008 is excluded for purposes of the Speedy Trial Act.]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

SO ORDERED:

By: [signature]
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

*[Handwritten: Dated: New York, New York
May 27, 2008]*

[signature]
Shira A. Scheindlin
U.S.D.J.

cc: Steve Statsinger, Esq. (By facsimile)