

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

RECEIVED
CHAMBERS OF
JUDGE SCHEINDLIN

**By Facsimile (212-805-7920)**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Maikel Soto
            07 Cr. 534 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from June 17, 2008, to a date convenient for the Court after July 11, 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between June 17, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten note from Judge:]* The Government's request is granted. The conference previously scheduled for June 17, 2008 is rescheduled to July 15, 2008, at 4:30 p.m. Time is to be excluded for purposes of the Speedy Trial Act.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Steve Statsinger, Esq. (By facsimile)

*[Handwritten:]* SO ORDERED.
Shira A. Scheindlin
USDJ

Date: June 16, 2008