



**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 15, 2008

**By Facsimile (212-805-7920)**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Maikel Soto</u>
            07 Cr. 534 (SAS)

RECEIVED
CHAMBERS OF
1 4 2008
JUDGE SCHEINDLIN

7/14/08

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from July 16, 2008, to a date convenient for the Court after September 1, 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 16, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and will allow defense counsel an opportunity to meet with his client and discuss the proposed resolution, as the defendant is currently under quarantine by the Bureau of Prisons. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten: Request granted. Conference adjourned to September 11 at 2:30. So Ordered. /s/ 7/14/08]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Steve Statsinger, Esq. (By facsimile)