

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08
```

September 8, 2008

**By Facsimile (212-805-7920)**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Maikel Soto</u>
           07 Cr. 534 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from September 11, 2008, to a date convenient for the Court after November 1, 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 11, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten order:] The Government's request is granted. The conference originally scheduled for September 11, 2008 is adjourned to Monday, November 3, 2008, at 4:30 p.m. Time between now and November 3, 2008 is excluded for purposes of the Speedy Trial Act.*

*SO ORDERED.*

*Dated: September 8, 2008*
*New York, New York*

*[Signature: Shira A. Scheindlin]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
    Eugene Ingoglia
    Assistant United States Attorney
    (212) 637-1113

cc: Steve Statsinger, Esq.
    212-571-0392 fax